UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Robert C. Crumly, | No. C 10-5651 PJH (PR) |
| Petitioner. / | **ORDER OF DISMISSAL** |

This is a habeas case filed pro se by a state prisoner. Mail addressed to petitioner has been returned as undeliverable, more than sixty days have passed since the mail was returned, and he has not provided a current mailing address. This case therefore is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: March 7, 2011.

PHYLLIS J. HAMILTON
United States District Judge

P:\PRO-SE\PJH\HC.10\CRUMLY5651.DSM-mail.wpd